CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 30 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TERRANCE SYKES, ) | Civil Action No. 7:13cv00207 |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| CHRISTOPHER ZYCH, ) | |
| ) | By: Samuel G. Wilson |
| Respondent. ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that Sykes' petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED**, and this matter is **STRICKEN** from the court's active docket. The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER:** April 30, 2013.

_____
UNITED STATES DISTRICT JUDGE